250    APPELLATE COURTS OF ILLINOIS.

Rockstroch v. Calumet & S. C. Ry. Co. et al., 210 Ill. App. 250.

### Mrs. Charles Rockstroch, Appellee, v. Calumet & South Chicago Railway Company and Chicago City Railway Company, Appellants.

### Gen. No. 23,314. (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Reversed with finding of facts. Opinion filed April 16, 1918.

## Statement of the Case.

Action by Mrs. Charles Rockstroch, plaintiff, against Calumet & South Chicago Railway Company and Chicago City Railway Company, defendants, to recover for personal injuries sustained while a passenger in a car operated by the defendants. From a judgment for plaintiff for $450, defendants appeal.

WILLIAM H. SYMMES and FRANK L. KRIETE, for appellants; J. R. GUILLIAMS and WILLIAM C. McHENRY, of counsel.

RICHBERG, ICKES, DAVIES & LORD, for appellee; MORGAN L. DAVIES and JOHN S. LORD, of counsel.

MR. JUSTICE McDONALD delivered the opinion of the court.

## Abstract of the Decision.

CARRIERS, § 476*—*when verdict for plaintiff in action for injuries received while alighting from car not sustained by evidence.* In an action by a street car passenger to recover for personal injuries received while alighting from a street car where the verdict was based upon plaintiff's unsupported testimony that she was injured by the sudden starting of the car while attempting to

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

alight therefrom at a street intersection, but the evidence was undisputed that she was picked up near the middle of the next block at a considerable distance from where she claimed to have fallen, and plaintiff became unconscious immediately after the fall, and there was no evidence that plaintiff was dragged any distance, evidence *held* insufficient to sustain the verdict for plaintiff and to show that she stepped off the moving car in the middle of the block.

---

## Andra Husar, Appellee, v. International Harvester Corporation, Appellant.

### Gen. No. 23,498. (Not to be reported in full.)

Appeal from the Superior Court of Cook county; the Hon. JOSEPH B. DAVID, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1917. Reversed with finding of facts. Opinion filed April 16, 1918.

### Statement of the Case.

Action by Andra Husar, plaintiff, against International Harvester Corporation, defendant, to recover for personal injuries sustained by plaintiff while in the employ of defendant. From a judgment for plaintiff for $1,000, defendant appeals.

DAVID A. OREBAUGH, for appellant; PHILIP S. POST and EDGAR A. BANCROFT, of counsel.

FRANK H. NOVAK and CHARLES E. MILROY, for appellee.

MR. JUSTICE McDONALD delivered the opinion of the court.